Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Plaintiff/Attorney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK L. JAVITCH<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MAJOR LEAGUE CAPITAL, LLC, et. al.<br><br>　　　　　　Defendants. | Case No.:  4:19-cv-03041-HSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　Plaintiff MARK L. JAVITCH, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that it is voluntarily dismissing Defendants Major League Capital, LLC, Joshua Starr, Merchant Direct LLC, Dan Fiore, Shore Funding Solutions, Inc., Royal Administration Services, LLC, National Congress of Employers, Inc., and Chubb Group Holdings, Inc., without prejudice, with each side bearing its own costs and attorney's fees.

Dated: August 26, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

1

4:19-cv-03041-HSG

1
2   By: /s/ Mark L. Javitch         .
3   Mark L. Javitch (SBN 323729)
    Javitch Law Office
4   480 S. Ellsworth Ave.
    San Mateo, CA 94401
5   Telephone: 650-781-8000
    Facsimile: 650-648-0705
6   mark@javitchlawoffice.com
7   *Plaintiff/Attorney*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                          2
28
                                              4:19-cv-03041-HSG