UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK L. JAVITCH, an individual<br><br>  Plaintiff,<br>vs.<br><br>MAJOR LEAGUE CAPITAL, LLC., a Florida limited liability company, JOSHUA STARR, an individual, MERCHANT DIRECT LLC., an unknown business entity, DAN FIORE, an individual, SHORE FUNDING SOLUTIONS, INC., a New York corporation, BRANDTECH SOLUTION LLC., a California limited liability company, ROYAL ADMIN.SERVICES, LLC., a Massachusetts limited liability company, NATIONAL CONGRESS OF EMPLOYERS, INC., a Delaware corporation, FT OPERATING COMPANY, LLC. d/b/a TALUS PAYMENTS, CHUBB GROUP HOLDINGS, INC., a Delaware corporation,<br>  Defendants. | CASE NO. 4:19-cv-03041-HSG<br><br>**Hon. Haywood S. Gilliam, Jr.**<br><br>**ORDER GRANTING DEFENDANT BRANDTECH SOLUTION LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: September 3, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor,<br>   Federal Building,<br>   1301 Clay St.<br>   Oakland, California |

{00121072;1}

Upon consideration of Defendant BRANDTECH SOLUTION LLC's ("Defendant") Motion to Appear Telephonically at the Case Management Conference ("CMC") on September 3, 2019, at 2:00 p.m., and good cause having been shown, it is hereby ORDERED that the Defendant's Motion is GRANTED.

Defendant's counsel shall be permitted to participate by telephone at the Case Management Conference, which is scheduled for September 3, 2019 at 2:00 p.m. in Courtroom 2, 4th Floor, Federal Building, 1301 Clay St., Oakland, California. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Dated: 8/28/2019

_____
Hon. Haywood S. Gilliam, Jr.

{00121072;1}