Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
Plaintiff / Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK L. JAVITCH, an individual | Case No. 4:19-cv-03041-HSG |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| MAJOR LEAGUE CAPITAL, et. al. | |
| Defendants. | |

    NOW COMES THE PLAINTIFF, to respectfully notify the Court that this case has settled. Plaintiff requests that the Court vacate all pending dates and deadlines.  Plaintiff requests the Court allow sixty days (60) days for the Parties to file a stipulation of dismissal. Plaintiff requests this Court shall retain jurisdiction over this matter until fully resolved.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: November 13, 2019 | By: /s/ Mark L. Javitch                  . |
| 3 | | Mark L. Javitch (SBN 323729)<br>Javitch Law Office |
| 4 | | 480 S. Ellsworth Ave<br>San Mateo, CA 94401 |
| 5 | | Telephone: 650-781-8000<br>Facsimile: 650-648-0705 |
| 6 | | mark@javitchlawoffice.com<br>Attorney / Plaintiff |